1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RONALD YATES, JR.,                          No.  2:15-cv-1762 WBS CKD PS

12              Plaintiff,

13        v.                                      ORDER

14   MAMMOTH COMMUNITY WATER
     DISTRICT,
15
                Defendant.
16

17

18        This action was referred to the undersigned pursuant to Local Rule 302(c)(21).

19   Calendared for hearing on October 7, 2015 is defendant's motion to dismiss.  No opposition to

20   the motion has been filed.

21        Local Rule 230(c) provides that opposition to the granting of a motion must be filed

22   fourteen days preceding the noticed hearing date.  The Rule further provides that "[n]o party will

23   be entitled to be heard in opposition to a motion at oral arguments if written opposition to the

24   motion has not been timely filed by that party."  In addition, Local Rule 230(i) provides that

25   failure to appear may be deemed withdrawal of opposition to the motion or may result in

26   sanctions.  Finally, Local Rule 110 provides that failure to comply with the Local Rules "may be

27   grounds for imposition of any and all sanctions authorized by statute or Rule or within the

28   inherent power of the Court."

                                                 1

1       Good cause appearing, IT IS HEREBY ORDERED that:

2       1.  The hearing date of October 7, 2015 is vacated.  Hearing on defendants' motion is

3 continued to November 4, 2015 at 10:00 a.m. in courtroom no. 24.

4       2.  Plaintiff shall file opposition, if any, to the motion no later than October 14, 2015.

5 Failure to file opposition will be deemed as a statement of non-opposition and shall result in

6 submission of the motion on the papers and a recommendation that this action be dismissed

7 pursuant to Federal Rule of Civil Procedure 41(b).

8       3.  Reply, if any, shall be filed no later than October 21, 2015.

9 Dated:  September 25, 2015

10 _____

11 CAROLYN K. DELANEY
   UNITED STATES MAGISTRATE JUDGE

12

13

14 4 yates1762.nop

15

16

17

18

19

20

21

22

23

24

25

26

27

28