UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD YATES, JR., | No. 2:15-cv-1762 WBS CKD PS |
| Plaintiff, | |
| v. | ORDER |
| MAMMOTH COMMUNITY WATER DISTRICT, | |
| Defendant. | |

Plaintiff filed the above-entitled action in propria persona. The action was removed from state court. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c).

On November 5, 2015, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. Objections to the findings and recommendations have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court adopts the magistrate judge's analysis only with respect to dismissal of plaintiff's federal claim, and will dismiss that claim with prejudice. In his Opposition to the findings and

1

recommendations, plaintiff states that he no longer wishes to pursue his federal claim, so no leave to amend need be given with respect to that claim. Since remaining state law claims will be remanded to the state court for the reasons recommended by the magistrate judge, it would be inappropriate for this court to rule on the sufficiency of them or to give plaintiff leave to amend one of those claims in this court. That will be for the state court to decide on remand.

Accordingly, IT IS HEREBY ORDERED that defendant's motion to dismiss (ECF No. 8) is granted with respect to plaintiff's only federal claim; the court declines to exercise jurisdiction over the remaining state law claims under 28 U.S.C. § 1367(c)(3); and this action is hereby REMANDED to the Superior Court of California, County of Mono.

Dated: December 4, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE